# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **PRINCE LeSEAN WASHINGTON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | **CIVIL ACTION NO. 09-00708-KD** |
| vs. ) | **CRIMINAL NO. 08-00040-KD-B** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be **DISMISSED without prejudice.**

**DONE** this 15th of January, 2010.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE