**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **vs.** ) | **CRIMINAL ACTION 08-00040-KD** |
| **PRINCE LESEAN WASHINGTON,** ) | |
| **Defendant.** ) | |

**ORDER**

This action is before the Court on the United States' motion for reduction of sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure based upon substantial assistance (doc. 203) and the defendant's response with supporting documents (doc. 205).  Upon consideration, the motion is set for **oral argument** on **April 13, 2010 at 2:00 p.m.** before the undersigned in Courtroom 5A, United States Courthouse, 113 St. Joseph St., Mobile, Alabama 36602.

The hearing will be held without the presence of the defendant.  See Fed. R. Crim. P. Rule 43(b)(4); United States v. Blyden, 210 Fed. Appx. 928 (11th Cir. 2006); United States v. Taylor, 11 F 3d 149, 152 (11th Cir. 1994).

**DONE** and **ORDERED** on this March 25, 2010.

                                              **s / Kristi K. DuBose**
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**